ILND 245D (Rev. 03/12/2020) Judgment in a Criminal Case for Revocation
Sheet 2 – Imprisonment

Judgment – Page 2 of 3

DEFENDANT: JASON FOERSTER
CASE NUMBER: 1:22-CR-00047(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Ten (10) months as to Violation No. 10.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.
☒ The defendant shall surrender to the United States Marshal for this district:

    ☒ at 12:00      ☐ a.m.      ☒ p.m.      on June 21, 2023.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on __10-16-2023__ to __FCI Manchester__ at __Manchester, KY__,
with a certified copy of this judgment.

                                                  Warden G. Swaney
                                                  ~~UNITED STATES MARSHAL~~

                                                  By __CSO E. Mills__
                                                  ~~DEPUTY UNITED STATES MARSHAL~~

**FILED**

NOV -8 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ILND 245D (Rev. 03/12/2020) Judgment in a Criminal Case for Revocation
Sheet 6 – Schedule of Payments

Judgment – Page 3 of 3

DEFENDANT: JASON FOERSTER
CASE NUMBER: 1:22-CR-00047(1)

## MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of:
No Term of Supervised Release Imposed.

ILND 245D (Rev. 03/12/2020) Judgment in a Criminal Case for Revocation
Sheet 1

# UNITED STATES DISTRICT COURT
Northern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| v. | |
| **JASON FOERSTER** | Case Number: **1:22-CR-00047(1)**<br>USM Number: **07586-010**<br>**Kent R. Carlson**<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of special condition(s) 2 of the term of supervision.

☐ was found in violation of condition(s) _____ after a denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 10 | In addition to the mandatory drug testing requirement, the defendant shall comply with any referral deemed appropriate by the U.S. Probation Officer for in-patient or out-patient evaluation, treatment, counseling or testing for substance abuse. | 5/10/23 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ condition. and is discharged as to such violation(s)

☒ Count(s) all remaining dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: **6491**

Defendant's Year of Birth: **1972**

City and State of Defendant's Residence: **River Grove, Illinois**

**May 24, 2023**
Date of Imposition of Judgment

_/s/_
Signature of Judge

**Jorge L. Alonso, United States District Judge**
Name and Title of Judge

**June 9, 2023**
Date